1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PORTILLO, | ) Case No. CV 13-1236 VAP (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| SUPERIOR COURT OF CALIFORNIA, | ) |
| Respondent. | ) |

Pursuant to this Court's Order,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATE: March 22 2013

[signature]
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE